B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**World Cable, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-3856201** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**33 Whitehall St., 30th Floor**<br>**New York, NY**<br><br>ZIP Code **10004** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **3839 Bell Blvd, Suite 233**<br>**Bayside, NY 11361** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| **Chapter 11 Debtors** (heading) | |

Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **World Cable, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**_____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **World Cable, Inc.** |

<div align="center">

**Signatures**

</div>

| | |
|---|---|
| <div align="center">**Signature(s) of Debtor(s) (Individual/Joint)**</div> | <div align="center">**Signature of a Foreign Representative**</div> |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Schuyler G. Carroll**
Signature of Attorney for Debtor(s)

**Schuyler G. Carroll**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP**
Firm Name

**30 Rockefeller Plaza, 22nd Floor**
**New York, NY 10112-0085**

Address

**Email: SCarroll@perkinscoie.com**
**212-262-6900  Fax: 212-977-1649**
Telephone Number

**February 21, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Shahid Rasul**
Signature of Authorized Individual

**Shahid Rasul**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 21, 2014**
Date

## United States Bankruptcy Court
### Southern District of New York

In re   **World Cable, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Shahid Rasul**, declare under penalty of perjury that I am the **President** of **World Cable, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 7th day of Feb 2014.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Shahid Rasul, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Shahid Rasul, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Shahid Rasul, President** of this Corporation is authorized and directed to employ **Schuyler G. Carroll NYSB #2511707**, attorney and the law firm of **Perkins Coie LLP** to represent the corporation in such bankruptcy case."

Date   February 7th, 2014 _____

Signed _____
        **Shahid Rasul**

# United States Bankruptcy Court
### Southern District of New York

In re    **World Cable, Inc.**                                        Case No.
                                          Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AFA Group et al.**<br>**Joseph P. Garland**<br>**1 Barker Avenue, Second Floor**<br>**White Plains, NY 10601** | **Joseph P. Garland, Esq.**<br>**AFA Group et al.**<br>**1 Barker Avenue, 2nd Fl**<br>**White Plains, NY 10601**<br>**914-912-7858** | **Pending litigation** | **Contingent Unliquidated Disputed** | **1,400,000.00** |
| **Anooop Sareen**<br>**140 Church Street**<br>**New York, NY 10007** | **Anooop Sareen**<br>**140 Church Street**<br>**New York, NY 10007**<br>**516-974-5372** | **Loan** | | **200,000.00** |
| **Cable Vision Media pvt**<br>**3152 Albany Crescent**<br>**Bronx, NY 10463** | **Ijaz Ahmad**<br>**Cable Vision Media pvt**<br>**3152 Albany Crescent**<br>**Bronx, NY 10463** | **Trade Vendor** | | **987,861.00** |
| **Cogent**<br>**1015 31st Street, NW**<br>**Washington, DC 20007** | **Attn: Billing**<br>**Cogent**<br>**1015 31st Street, NW**<br>**Washington, DC 20007**<br>**202-295-4200** | **Trade Vendor** | | **18,900.00** |
| **Dish Network LLC**<br>**c/o John M. McLaughlin Esq.**<br>**77 Pleasant Street, PO Box 210**<br>**Northampton, MA 01061-0210** | **John M. McLaughlin Esq.**<br>**Dish Network LLC**<br>**77 Pleasant Street, PO Box 210**<br>**Northampton, MA 01061-0210**<br>**413-586-8218** | **Consent Decree entered against Debtor July 24, 2013** | | **68,000.00** |
| **Doyle & Broumand LLP**<br>**3152 Albany Crescent**<br>**Bronx, NY 10463** | **Doyle & Broumand LLP**<br>**3152 Albany Crescent**<br>**Bronx, NY 10463**<br>**718-796-2210** | **Legal services** | | **87,582.23** |
| **Epstein Becker & Green, P.C.**<br>**250 Park Avenue # 12**<br>**New York, NY 10177** | **Epstein Becker & Green, P.C.**<br>**250 Park Avenue # 12**<br>**New York, NY 10177**<br>**212-351-4500** | **Legal services - pending Litigation** | **Contingent Unliquidated Disputed** | **53,335.00** |

The Debtor reserves its rights to dispute each of the claims listed on this schedule on any basis.

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Globecast Hong Kong**<br>**18/F Paramount Building**<br>**12 Ka Yip Street, Hong Kong**<br>**People's Republic of China** | **Johnny Ng**<br>**Globecast Hong Kong**<br>**18/F Paramount Building**<br>**12 Ka Yip Street, Hong Kong**<br>**People's Republic of China**<br>**+852-29651222** | **Trade Vendor** | | **14,000.00** |
| **MediaCo-Singapore**<br>**750E Chai Chee Road #05-03**<br>**Singapore 469005** | **Janny**<br>**MediaCo-Singapore**<br>**750E Chai Chee Road #05-03**<br>**Singapore  469005**<br>**+65 6395 5460** | **Trade Vendor** | | **22,000.00** |
| **Nine Lanes Korea**<br>**4f Corecess Building 500-2**<br>**Sangdaewon-dong, Jungwon-gu**<br>**South Korea** | **Ellie Lim**<br>**Nine Lanes Korea**<br>**4f Corecess Building 500-2**<br>**Sangdaewon-dong, Jungwon-gu**<br>**South Korea**<br>**82-31-737-7900** | **Trade Vendor** | | **51,000.00** |
| **Paul Kandhari**<br>**140 Church Street**<br>**New York, NY 10007** | **Paul Kandhari**<br>**140 Church Street**<br>**New York, NY 10007**<br>**212-608-1100** | **Loan** | | **750,000.00** |
| **Premium Telecom**<br>**31J Gulberg 3**<br>**Lahore**<br>**Pakistan** | **Premium Telecom**<br>**31J Gulberg 3**<br>**Lahore**<br>**Pakistan** | **Trade Vendor** | | **2,004,000.00** |
| **Rahimzada et al.**<br>**209-43 27th Avenue**<br>**Bayside, NY 11360** | **Rahimzada et al.**<br>**209-43 27th Avenue**<br>**Bayside, NY 11360** | **Investment** | | **1,900,000.00** |
| **Sony/MSM Satellite (Singapore)**<br>**5 Tampines Central 6, #02-19**<br>**Singapore 529482** | **Sony/MSM Satellite (Singapore)**<br>**5 Tampines Central 6, #02-19**<br>**Singapore 529482**<br>**(65) 6786 3534** | **Trade Vendor** | | **1,310,000.00** |
| **Soundview Broadcasting**<br>**36-01 37th Avenue**<br>**Long Island, NY 11101** | **Soundview Broadcasting**<br>**36-01 37th Avenue**<br>**Long Island, NY 11101**<br>**(718) 937-8989** | **Trade Vendor** | | **345,000.00** |
| **Statewide Mgmt Org Group**<br>**3839 Bell Blvd.**<br>**Bayside, NY 11361** | **Statewide Mgmt Org Group**<br>**3839 Bell Blvd.**<br>**Bayside, NY 11361**<br>**718-301-1212** | **Loan** | | **625,000.00** |
| **Telx**<br>**1 State Street**<br>**21st Floor**<br>**New York, NY 10004** | **Attn: Billing**<br>**Telx**<br>**1 State Street, 21st Fl**<br>**New York, NY 10004**<br>**212-480-3300** | **Trade Vendor** | | **2,200.00** |
| **Tracy Thompson-West**<br>**Ateshoglou & Aiello P.C.**<br>**381 Park Ave South, Suite 701**<br>**New York, NY 10016** | **Steven D. Ateshoglou, Esq**<br>**Tracy Thompson-West**<br>**381 Park Ave South, Suite 701**<br>**New York, NY 10016**<br>**(212) 545-1740** | **Former employee - arbitration award** | **Disputed** | **850,000.00** |

The Debtor reserves its rights to dispute each of the claims listed on this schedule on any basis.

- 2 -

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Verizon Wireless Bankruptcy Administration 500 Technology Drive, #550 Saint Charles, MO 63304** | **Verizon Wireless Bankruptcy Administration 500 Technology Drive, #550 Saint Charles, MO 63304** | **Trade Vendor** | | **900.00** |
| **XO Communications 13865 Sunrise Valley Drive Herndon, VA 20171** | **XO Communications 13865 Sunrise Valley Drive Herndon, VA 20171 (703) 547-2217** | **Trade Vendor** | | **5,600.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **February 21, 2014**                    Signature    **/s/ Shahid Rasul**

**Shahid Rasul**

**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

The Debtor reserves its rights to dispute each of the claims listed on this schedule on any basis.

- 3 -

**United States Bankruptcy Court**
**Southern District of New York**

In re    **World Cable, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 21, 2014**

**/s/ Shahid Rasul**

**Shahid Rasul**/**President**
Signer/Title

.

676 ASSOCIATES, INC.
1329 MICHAEL PLACE
BAYSIDE, NY 11360


ABDUL RAHIMZADA
209-43 27TH AVENUE
BAYSIDE, NY 11360


AFA GROUP ET AL.
JOSEPH P. GARLAND
1 BARKER AVENUE, SECOND FLOOR
WHITE PLAINS, NY 10601


ANOOOP SAREEN
140 CHURCH STREET
NEW YORK, NY 10007


BCC HEALTHY CHOICE
213-33 39 AVENUE
BAYSIDE, NY 11361


CABLE VISION MEDIA PVT
3152 ALBANY CRESCENT
BRONX, NY 10463


CHASE MANHATTAN BANK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005


COGENT
1015 31ST STREET, NW
WASHINGTON, DC 20007


COMMUNITY NATIONAL BANK
400 BROADHOLLOW ROAD
SUITE 305
MELVILLE, NY 11747


DISH NETWORK LLC
C/O JOHN M. MCLAUGHLIN ESQ.
77 PLEASANT STREET, PO BOX 210
NORTHAMPTON, MA 01061-0210

DOYLE & BROUMAND LLP
3152 ALBANY CRESCENT
BRONX, NY 10463


ECHOSTAR TECHNOLOGIES LLC
100 INVERNESS TERRACE EAST
ENGLEWOOD, CO 80112


EPSTEIN BECKER & GREEN, P.C.
250 PARK AVENUE # 12
NEW YORK, NY 10177


FRIEDMAN AND HARFENIST
3000 MARCUS AVE, SUITE 2E1
NEW HYDE PARK, NY 11042


GENERAL MERCHANDISE AT TREMONT
1740 MACOMBS ROAD
BRONX, NY 10453


GLOBECAST HONG KONG
18/F PARAMOUNT BUILDING
12 KA YIP STREET, HONG KONG
PEOPLE'S REPUBLIC OF CHINA


GLOBOSAT ENTERTAINMENT LLC
36-01 37TH AVENUE
LONG ISLAND, NY 11101


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JASPAN SCHLESINGER LLP
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530


JOSEPH P. GARLAND
1 BAKER AVENUE, 2ND FLOOR
WHITE PLAINS, NY 10601


KLG LUZ & GREENBERG LLP
370 LEXINGTON AVE., 24TH FLOOR
NEW YORK, NY 10017

LAWRENCE AND WALSH, P.C.
215 HILTON AVENUE
HEMPSTEAD, NY 11551


MEDIACO-SINGAPORE
750E CHAI CHEE ROAD #05-03
SINGAPORE 469005


NAGRASTAR LLC
90 INVERNESS CIRCLE EAST
ENGLEWOOD, CO 80112


NEUTRAL TANDEM INC.
9TH FL, 550 W ADAMS ST
CHICAGO, IL 60661


NINE LANES KOREA
4F CORECESS BUILDING 500-2
SANGDAEWON-DONG, JUNGWON-GU
SOUTH KOREA


NY STATE DEPT OF TAX/FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038


OBAID HOSSANI
85-26 210TH STREET
QUEENS VILLAGE, NY 11427


PAUL KANDHARI
140 CHURCH STREET
NEW YORK, NY 10007


PREMIUM HOSTING NET
4962 VAN DAM STREET
LONG ISLAND, NY 11101

```
PREMIUM TELECOM
31J GULBERG 3
LAHORE
PAKISTAN


RAHIMZADA ET AL.
209-43 27TH AVENUE
BAYSIDE, NY 11360


RCN TELECOM SERVICES, LLC
PO BOX 11816
NEWARK, NJ 07101-8116


RUSKIN, MOSCOU, FALTISCHEK, PC
1425 RECKSON PLAZA
E. TOWER 15TH FLOOR
UNIONDALE, NY 11556


SAJID SOHAIL
270 IU WILLETS ROAD
NORTH HILLS, NY 11507


SAJID SOHAIL
270 IU WILLETS ROAD
ALBERTSON, NY 11507


SHAHID RASUL
1329 MICHAEL PLACE
BAYSIDE, NY 11361


SONY/MSM SATELLITE (SINGAPORE)
5 TAMPINES CENTRAL 6, #02-19
SINGAPORE 529482


SOUNDVIEW BROADCASTING
36-01 37TH AVENUE
LONG ISLAND, NY 11101


SPRINT
KSOPHT0101-Z4300
6391 SPRINT PARKWAY
OVERLAND PARK, KS 66251-4300
```

STATEWIDE MGMT ORG GROUP
3839 BELL BLVD.
BAYSIDE, NY 11361


T-MOBILE
T-MOBILE BANKRUPTCY TEAM
PO BOX 53410
BELLEVUE, WA 98015-4300


TELX
1 STATE STREET
21ST FLOOR
NEW YORK, NY 10004


TRACY THOMPSON-WEST
ATESHOGLOU & AIELLO P.C.
381 PARK AVE SOUTH, SUITE 701
NEW YORK, NY 10016


VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124


VERIZON WIRELESS BANKRUPTCY
ADMINISTRATION
500 TECHNOLOGY DRIVE, #550
SAINT CHARLES, MO 63304


WAI HUNG YU


XO COMMUNICATIONS
13865 SUNRISE VALLEY DRIVE
HERNDON, VA 20171


YAMA RAHIMZADA
21616 28TH ROAD
BAYSIDE, NY 11360-2620

# United States Bankruptcy Court
## Southern District of New York

In re    **World Cable, Inc.**                                      Case No.
                                      Debtor(s)         Chapter     **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **World Cable, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 21, 2014**                          **/s/ Schuyler G. Carroll**
Date                                           **Schuyler G. Carroll**
                                               Signature of Attorney or Litigant
                                               Counsel for   **World Cable, Inc.**
                                               **Perkins Coie LLP**
                                               **30 Rockefeller Plaza, 22nd Floor**
                                               **New York, NY 10112-0085**
                                               **212-262-6900 Fax:212-977-1649**
                                               **SCarroll@perkinscoie.com**