# United States Bankruptcy Court
## Southern District of New York

In re    **World Cable, Inc.**    Case No. **14-10379**

Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Shahid Rasul<br>1329 Michael Place<br>Bayside, NY 11361 | | 90% | Shareholder |
| Sharif Sheikh<br>4053 Junction Blvd.<br>Corona, NY 11368 | | 10% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    3/6/14    Signature _____
**Shahid Rasul**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

Schuyler G. Carroll
PERKINS COIE LLP
30 Rockefeller Center, 22nd Floor
New York, NY  10112-0085
Telephone: 212.262.6900
Facsimile: 212.977.1649
Email: scarroll@perkinscoie.com

Proposed Attorneys for the Debtor World Cable Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------- X
In re:                                              Chapter  No. 11

WORLD CABLE INC.,
                                                    Case No. 14-10379 (MG)
            Debtor
--------------------------------------- X

**CERTIFICATE OF SERVICE**

I, Eunice K. Therrien, declare as follows:

I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action.  I am employed as a legal secretary in the Portland, Oregon office of Perkins Coie LLP.  I am competent to be a witness.

I hereby certify, under penalty of perjury, that on the 7th day of March, 2014, I caused true and correct copies of the **List of Equity Security Holders** to be served on the Equity Security Holders and the U.S. Trustee's Offices by U.S. Mail addressed to the following:

| | |
|---|---|
| Shahid Rasul<br>1329 Michael Place<br>Bayside, NY 11361 | Mr. Greg Zipes<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Sharif Sheikh<br>4053 Junction Blvd.<br>Corona, NY 11368 | |

Portland, Oregon
March 7, 2014

                                            /s/ Eunice K. Therrien
                                            Eunice K. Therrien
                                            Legal Secretary

112969-0001/LEGAL120088311.1